# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI SOUTHWESTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| **Plaintiff,** | |
| v. | Case No.: 17-05023-01-CR-SW-RK |
| **RAYMOND ADAIR,** | |
| **Defendant.** | |

## *ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM*

Upon application by the United States of America, it is hereby

**ORDERED** that the Clerk shall issue a writ of habeas corpus ad prosequendum directed to the **Warden, McDonald County Detention Center, 300 E 7th St, Pineville, MO 64856**, and to the United States Marshal for the Western District of Missouri, or any other authorized officer, to produce one **RAYMOND ADAIR (DOB: 03/30/1959)**, now confined at the aforementioned facility, in the custody of the person there in charge, before the **United States Magistrate Judge** at Springfield, Missouri, **forthwith,** or at any time thereafter as the Court may direct, so that said person may appear in accordance with the law in the above-entitled cause; and, after said person shall have so appeared, to return said person to the aforementioned custody as may be directed by this Court.

Dated this 25th day of May, 2017.

                                                                                   s/ David P. Rush
                                                                                 **DAVID P. RUSH**
                                                                                 **United States Magistrate Judge**