## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MISSOURI
## SOUTHWESTERN DIVISION

## MINUTE SHEET

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | Date: | April 12, 2018 |
| vs. | Case No.: | 17-05023-01-CR-S-RK |
| **RAYMOND ADAIR** | | |

**Honorable David P. Rush, presiding at Springfield, Missouri**

**Nature of Hearing:**  Detention Hearing

**Time Commenced:** 1:29 p.m.  **Time Terminated:** 1:33 p.m.

## APPEARANCES

**Plaintiff:** Jim Kelleher, AUSA
**Defendant:** Erica Mynarich, Retained
**USPPTS:** Joel Woodward

**Proceedings:** Parties appear as indicated above. Defendant appears in person.

The Court takes note of its own file, including the Pretrial Services Report prepared by the USPPTS Officer. The Government has filed a *Motion for Detention Hearing* (Doc. 29). Arguments made regarding Defendant's custody.

The Court finds an adequate basis for detention and will issue a written order.

Defendant in custody.

**Courtroom Deputy/ERO:** Karla Berziel