# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# SOUTHWESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
|     Plaintiff, ) | |
| ) | Case No.: 17-05023-01-CR-SW-RK |
| v. ) | |
| ) | Date: September 17, 2018 |
| RAYMOND ADAIR, ) | |
|     Defendant. ) | |

## MINUTE SHEET

The Honorable Roseann A. Ketchmark, presiding at Springfield, Missouri

Nature of Proceeding: Sentencing

Time commenced: 3:48 p.m. (2:00)      Time terminated: 4:35 p.m.

## APPEARANCES

Plaintiff's counsel:    Ami Miller, AUSA
Defendant's counsel: Erica Mynarich, Retained
Probation officer:    Claudia Allison

**PROCEEDINGS IN COURTROOM:** Parties appear as indicated above. Defendant appears in person. Defendant's objection to the PSIR regarding Paragraph 9 is granted and will be amended as stated on the record. Defendant's remaining objection to the Colorado reports is denied. The Court adopts the Report as amended. Sentencing recommendations presented by counsel. Allocution granted to the defendant.

SENTENCE: Defendant sentenced to the custody of the Bureau of Prisons for a term of **121 months** on Count 1 and **120 months** on Count 2 of the Indictment, to be served concurrently, for a total term of 121 months**.** This sentence shall be served concurrently with defendant's sentence in 16MC-CR00521-01, McDonald County Circuit Court Pineville, MO. The Court's intent is that Defendant receive Federal credit while being detained from 5/26/17 – 4/16/18 (11 months). Supervised release of **10 years** on Count 1 and **3 years** on Count 2, the terms to run concurrently, w/mandatory, standard, and special conditions imposed. Fine $150,000. MSA of $200.00 imposed. JVTA: $5,000.000. Restitution: $0. Defendant advised of right to appeal. Defendant remanded to the custody of the U.S. Marshal.

The Court recommends to the Federal Bureau of Prisons that upon defendant's

request, he be screened for placement at Texarkana FCI.

---

Court Reporter:  Jeannine Rankin                                                          Courtroom Deputy:  Karen Siegert